# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY D. BRELAND

NO. 2021 KW 0793

**OCTOBER 12, 2021**

---

In Re:     State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 21-WFLN-245, 21-WMSD-246.

---

BEFORE:    **GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The State failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-3, and 4-5(C)(11), as it failed to provide this court with a copy of a timely filed notice of intent to seek supervisory review, a copy of a signed return date order as proof of the return date, or a copy of a timely filed extension to the return date order. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before November 12, 2021. Any future filing on this issue should include the entire contents of this application, the missing item(s) noted above, and a copy of this ruling.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT